■ CAROLYN RIVERA, Appellant, v PEOPLE's CHOICE et al., Respondents. [722 NYS2d 398] —In an action to recover damages for personal injuries, the plaintiff appeals from an order of the Supreme Court, Kings County (Garson, J.), dated March 16, 2000, which granted the defendants' motion for summary judgment dismissing the complaint.

Ordered that the order is affirmed, with costs.

In support of their motion for summary judgment dismissing the complaint, the defendants made a prima facie showing that they had neither actual nor constructive notice of the alleged hazardous condition as a matter of law (*see,* CPLR 3212 [b]; *Goldman v Waldbaum, Inc.,* 248 AD2d 436). In opposition, the plaintiff failed to raise a triable issue of fact (*see,* CPLR 3212 [b]). Accordingly, the defendants' motion was properly granted. Ritter, J. P., Krausman, Florio and Feuerstein, JJ., concur.

■ VICKY D. ROCKITTER, Respondent, v KEVIN E. ROCKITTER, Appellant. [722 NYS2d 399] —In a matrimonial action in which the parties were divorced by judgment dated September 22, 1992, the former husband appeals from an order of the Supreme Court, Nassau County (Shifrin, J.H.O.), dated December 14, 1999, which granted the application of the former wife for an award of an attorney's fee to the extent of directing him to pay the sum of $27,500 to the former wife and an additional total sum of $14,050 to her present and former attorneys.

Ordered that the appeal is dismissed, with costs, as the order was superseded by an order of the same court (Falanga, J.), dated April 11, 2000 (*see, Rockitter v Rockitter,* 281 AD2d 611 [decided herewith]). Altman, J. P., Krausman, H. Miller and Feuerstein, JJ., concur.